UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LINDA SUE LUCAS,**

      **Plaintiff,**

      v.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

Case No. 2:14-cv-544
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's January 28, 2015 Report and Recommendation. (ECF No. 20.) In that filing, the Magistrate Judge recommended that the Court sustain Plaintiff's statement of errors, reverse the decision of the Commissioner, and remand the case for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g). The Report and Recommendation specifically advised the parties that a failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (*Id.* at Page ID # 892.)

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation, **SUSTAINS** Plaintiff's statement of errors, **REVERSES** the decision of the Commissioner, and **REMANDS** the case pursuant to Sentence 4 of 42 U.S.C. § 405(g). The Clerk shall enter judgment

1

accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

      /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE